UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

TERRY A. SMITH

JUDGMENT IN A CRIMINAL CASE
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:08mj219/MD

Charles C. Garretson, Esq.
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information as Amended.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. § 3.6(a) | Negligent or Reckless Operation of a Motor Vessel | 5/1/08 | One |

Count(s) Two__ is dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA shall be paid no later than February 18, 2009.

| **Assessment** | **Fine** | **Restitution** |
|---|---|---|
| $ 10.00 | $ 750.00 | $ 0.00 |

Date of Imposition of Sentence - 1/27/09

*/s/ Miles Davis*
Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 1-27-2009